

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00726-CR

Janie **ALTAMIRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3595A
The Honorable Angus K. McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 13, 2013.

_____
Luz Elena D. Chapa, Justice